**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6981**

ROBERT LEE STROTHER,

       Plaintiff - Appellant,

    v.

CAPTAIN R. RUSSELL, Captain, Lenoir County Sheriff's Office; DEPUTY J. BISSETTE, Deputy, Wilson County Sheriff's Office; G. MARTINEZ, Deputy, Craven County Sheriff's Office; SHAUNA CASTILEJA, Lenoir County EMS,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03320-FL)

Submitted:  March 26, 2026                Decided:  March 31, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Lee Strother, Appellant Pro Se.  David Michael Fothergill, MCANGUS GOUDELOCK & COURIE, PLLC, Raleigh, North Carolina; Erin Holcomb Epley, James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Strother seeks to appeal the district court's order granting certain of the Defendants' motions to dismiss the complaint against them as barred by the applicable three-year statute of limitations. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Strother seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*